UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| EDWARD S. SCOTT, | Civil Action No. 12-782 (JBS) |
| Petitioner, | |
| v. | **ORDER** |
| DONNA ZICKEFOOSE, | |
| Respondent. | |

For the reasons detailed in the Opinion filed herewith,

IT IS on this __**11th**__ day of __**April**__, 2012,

ORDERED that the Petition for a Writ of Habeas Corpus, Docket Entry No. 1, is dismissed for lack of jurisdiction; and it is further

ORDERED that such dismissal is without prejudice to raising Petitioner's challenges in an appropriate civil action; and it is finally

ORDERED that the Clerk shall serve this Order and Opinion filed herewith upon Petitioner by regular U.S. mail and close the file on this matter.

　　　　　　　　　　　　　　　　　　**s/ Jerome B. Simandle**
　　　　　　　　　　　　　　　　　　JEROME B. SIMANDLE
　　　　　　　　　　　　　　　　　　Chief Judge
　　　　　　　　　　　　　　　　　　United States District Court